# PECHMAN LAW GROUP PLLC
### ATTORNEYS AT LAW

488 MADISON AVENUE
NEW YORK, NEW YORK 10022
(212) 583-9500
WWW.PECHMANLAW.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2023
```

October 17, 2023

**VIA ECF**

> Application GRANTED IN PART. The initial pretrial conference is adjourned to December 8, 2023 at 11:15 a.m.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: Oct. 19, 2023

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re: *Sapon Araus v. Fav Pizza Corp. et al.*
    No. 22 Civ. 9756 (JHR)

Dear Judge Rearden:

We represent Plaintiffs Fredy Sapon Araus, Jordan Sapon Sapon, and Wilson Tohom Sapon in the above matter and submit this letter-motion jointly with counsel for Defendants pursuant to the Court's Individual Rule 2(E) to request an adjournment, until December 18, 2023, of the initial pretrial conference currently scheduled for October 30, 2023, and a corresponding adjournment, until December 11, 2023, of the October 23, 2023 deadline to file a pre-conference letter and proposed Case Management Plan established in the Court's June 27, 2023 Order (ECF No. 21).

The parties make this request because they are in on-going settlement discussions, including through telephonic conferences before Magistrate Judge Ona T. Wang, regarding the potential resolution of this matter. The parties have also been engaging in targeted discovery in aid of their settlement discussions. The parties seek to adjourn the initial conference and corresponding filing deadline to preserve resources in the event that they are able to resolve this matter through these efforts. This is the parties' first request for an adjournment of the initial pretrial conference and corresponding deadlines. An adjournment will not affect any other deadlines in this case.

We thank the Court for its consideration.

Respectfully submitted,

Camille A. Sanchez

cc: Counsel of Record (via ECF)