USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
FREDY SAPON ARAUS, JORDAN SAPON SAPON, :
and WILSON TOHOM SAPON, :
: No. 22 Civ. 9756 (JHR)
Plaintiffs, :
:
-against- :
:
FAV PIZZA CORP. d/b/a FRANCESCO PIZZERIA, :
MARGHERITA RAPPA, and VITO RAPPA, :
: [PROPOSED] JUDGMENT
Defendants. :
------------------------------------------------------------------- X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiffs Fredy Sapon Araus, Jordan Sapon Sapon, and Wilson Tohom Sapon ("Plaintiffs") on December 7, 2023; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiffs and against Defendants FAV Pizza Corp. d/b/a Francesco Pizzeria, Margherita Rappa, and Vito Rappa, jointly and severally, in the amount of $75,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiffs' claims in this action.

Dated: New York, New York
             December 12    , 2023

All dates and deadlines are canceled. The Clerk of Court is directed to close the case. SO ORDERED.

_____
~~RUBY J. KRAJICK~~   Jennifer H. Rearden, U.S.D.J.
~~Clerk of Court~~